# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Mostafa Altayar,<br>　　　　Petitioner,<br>v.<br>William P Barr, et al.,<br>　　　　Respondents. | No. CV-20-01912-PHX-GMS<br>**ORDER** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, (Doc. 1) and United States Magistrate Judge John Boyle's Report and Recommendation ("R&R"), which recommends denying the Petition for Writ of Habeas Corpus with prejudice, (Doc. 17). The Magistrate Judge advised Petitioner that he had fourteen (14) days in which to file objections to the R&R and that failure to timely file objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 2 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

Petitioner did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

The Court will accept the R&R and deny the Petition for Writ of Habeas Corpus with prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS THEREFORE ORDERED** that Magistrate Judge Boyle's R&R (Doc. 17) is **ACCEPTED**. Plaintiff's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED and DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly and terminate this matter.

Dated this 13th day of July, 2021.

G. Murray Snow
Chief United States District Judge